

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00016-CR

**ANABERTHA ARIAS,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

_____

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 29652-CR

_____

## MEMORANDUM  OPINION

_____

Anabertha Arias was convicted of Injury to a Child.  TEX. PENAL CODE ANN. §

22.04 (West Supp. 2011).  She was placed on community supervision and, upon the

revocation of her community supervision, was sentenced to seven years in prison.  She

appealed.  On April 12, 2012, an *Anders*[1] brief was filed by Arias' court appointed

counsel.  In that brief, counsel asserted that no issues of arguable merit could be

presented on Arias' behalf and that the appeal was wholly frivolous.  Counsel also

moved to withdraw as counsel on appeal for Arias.  Counsel and this Court notified

---

[1] *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Arias of her right to file a pro se response to counsel's brief. Further, counsel provided Arias with a copy of the record. Arias responded by letter dated April 25, 2012 and requested a withdrawal of her notice of appeal.

We consider Arias' letter to be a motion to dismiss her appeal. Because counsel has already found the appeal to be frivolous and because Arias has signed her request to withdraw her notice of appeal, we find that Arias has substantially complied with the requirements of Rule 43.2 of the Texas Rules of Procedure. *See* TEX. R. APP. P. 42.2(a).

Arias' motion is granted. The appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 23, 2012
Do not publish
[CR25]